```
 1                  UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2   ----------------------------------------X
     IN THE MATTER OF                              08-12666 mg
 3   PACE PRODUCT SOLUTIONS                        One Bowling Green

 4                                                 New York, New York
                                                   July 21, 2008
 5   ----------------------------------------X
           MOTION FOR RELIEF FROM STAY ON SHORTENED NOTICE
 6              BEFORE THE HONORABLE JUDGE GLENN
                   US BANKRUPTCY COURT JUDGE
 7

 8   APPEARANCES:
                                 Stefan B. Kalina, Esq.
 9                               Bruce Buechler, Esq.
                                 Bruce S. Nathan, Esq.
10                               Lowenstein Sandler, PC
                                 1251 Avenue of the Americas
11                               New York, NY  10020

12                               Debra Welsh, Esq.
                                 Bondi & Iovino
13                               1055 Franklin Avenue
                                 Suite 206
14                               Garden City, NY 11530

15                               Daniel M. Katzner, Esq.
                                 1025 Longwood Avenue
16                               Bronx, NY 10459

17                               Robert Jay Gumenick, Esq.
                                 Law Office of Robert Jay Gumenick
18                               160 Broadway
                                 Suite 1100
19                               New York, NY 10008

20   Court Transcriber:          Brenton Gray

21

22

23             REGENCY REPORTING, INC.
        Certified Court Reporters & Videographers
24     425 Eagle Rock Avenue       575 Madison Avenue
      Roseland, NJ 07068          New York, NY 10022
25      www.regencyreporting.net     1-866-268-7866
```

1    MR. BUECHLER:  And have you put any personal money
2 into Pace since July 10, 2008?
3    WITNESS:  I believe 10 to 15,000.
4    MR. BUECHLER:  This money is that $10-$15000 you
5 allegedly have put in since July 10?
6    WITNESS:  My personal money.
7    MR. BUECHLER:  Your personal money?
8    WITNESS:  Yes.
9    MR. BUECHLER:  When did you come into this cash of
10 $10-$15000?
11    WITNESS:  From my personal account.
12    MR. BUECHLER:  Was that $10-$15000 disclosed in you
13 personal bankruptcy papers?
14    WITNESS:  I'm not sure.
15    MR. BUECHLER:  You are not sure?
16    WITNESS:  No sir.
17    MR. BUECHLER:  Since the petition today, has Pace
18 continued to collect money from the sale of inventory of
19 goods?
20    WITNESS:  One more time?
21    MR. BUECHLER:  Since Pace filed its bankruptcy on
22 July 10, has it continued to collect monies from customers on
23 account of goods previously sold?
24    WITNESS:  Yes.
25    MR. BUECHLER:  And does it then use that money that