# LAW OFFICE OF ROBERT JAY GUMENICK, P.C.

A PROFESSIONAL CORPORATION
160 BROADWAY • SUITE 1100
NEW YORK, NEW YORK 10038
(212) 608-7478    FAX (212) 608-7759
robert@gumenicklaw.com

August 15, 2008

Hon. Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York   10004-1408

        Re:   *In re: Pace Product Solutions, Inc., debtor*
                 *Chapter 7*
                 *Case No.   08-12666 (MG)*

Dear Judge Glenn:

      This office represents 122 Street Slash, LLC, the owner and landlord of the property located at 122 School Street, Yonkers New York.

      I enclose two copies of the landlord's motion, on the Court's calendar on August 20, 2008, to vacate the automatic stay as well as two copies of a proposed order.   The enclosed disc also contains the proposed order in both .wpd and .doc formats.

      Thank you for your considerations.

                              Very truly yours,

                              LAW OFFICE OF ROBERT J. GUMENICK, PC

                              By: _____
                                  Robert J. Gumenick