**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X

In re:                                                                    Case No. 08-12667 (AJG)

Boaz Bagbag,

          Debtor.                                              Chapter 7

------------------------------------------------------ X

ORDER PURSUANT TO FED. R. BANKR. P. 2004
AUTHORIZING EXAMINATIONS AND ISSUANCE OF SUBPOENAS
<u>AS RELATED TO CLAIMS AGAINST DEBTOR BOAZ BAGBAG</u>

      Upon the application (the "Application") of Uzi Evron, Roni Abudi, Doron Kessel and Asher Alcobi ("Movants"), and the joinder of Summa Capital Corp. ("Summa") in the Application, each of whom are creditors and parties-in-interest in the above-captioned case, for entry of an Order, pursuant to Fed. R. Bankr. P. 2004, authorizing Movants to conduct examinations, to issue subpoenas, and to compel the production of documents from: Jason Levine, the former attorney for the above-captioned Debtor, Marc Goldberg, the accountant for Pace Product Solutions, Inc., the Debtor, Shimon Avitan, Jeffrey M. Jankelovits, Jim Matta, Larry Katz, Ruby Abramov, Hedy Abraham, Robi Abromah and Avraham Abbe a/k/a Avraham Aby (collectively, the "Rule 2004 Parties"); and good and sufficient notice of the Application having been made; and due deliberation having been had thereon; and sufficient cause appearing therefor; it is

      ORDERED, that the Movants and Summa be, and hereby are, authorized to conduct examinations of and request documents from the Debtor and the Rule 2004 Parties, and each of them, with regard to the acts, conduct, or property and financial condition of the Debtor, or to any matter that may affect the administration of the Debtor's estate or the debtor's right to a discharge, including, but not limited to: the Debtor's assets and liabilities; whether and the extent to which the Debtor has transferred assets into or out of his name; whether and the extent to which the Debtor acting individually and/or in his capacity as shareholder, officer, director, and/or employee of any and all non-Debtor entities, including, without limitation, Pace Product

Solutions, Inc. (collectively, the "Non-Debtor Entities"), possesses and/or possessed, obtained, used, sold, assigned, transferred, interfered, conveyed and/or otherwise disposed, in any fashion, the Collateral (as defined in the Joinder) and/or the proceeds thereof or any other real or personal property of the Debtor and/or the Debtor's estate from January 1, 2006 to the Present; the name, status, and location of any and all Non-Debtor Entities; and whether and the extent to which the Non-Debtor Entities possess and/or possessed, obtained, used, sold, assigned, transferred, interfered, conveyed and/or otherwise disposed, in any fashion, the Collateral and/or the proceeds thereof or any other real or personal property of the Debtor and/or the Debtor's estate from January 1, 2006 to the Present; and it is further

ORDERED, that the Movants and Summa are hereby authorized and empowered to issue subpoenas to compel the Debtor's and the Rule 2004 Parties' respective attendance at such examinations, and to compel the production of documents relevant to said matters; and it is further

ORDERED, that Summa is authorized to conduct oral examinations and make document requests at Movants' depositions, and Summa shall receive, at Summa's cost and expense, copies of any and all documents from Movants produced in connection with any requests made by the Movants.

Date:   September 8, 2008

                                                              **s/Arthur J. Gonzalez**
                                                              Honorable Arthur J. Gonzalez
                                                              United States Bankruptcy Judge