UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                              :

_Boaz Bagbag_                      :        Chapter 7        _12667_
                                   :        Case No. 0 _8_ B _____ (    )
                                   :                           _AJG_
                                   :
                 Debtor(s).        :
-------------------------------------------------------x

### STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS AND ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL

IT IS HEREBY stipulated and agreed by and between the undersigned that the time

periods for the Trustee, creditors and the United States Trustee to object to the discharge

of the Debtor(s), dischargeability of debts, for objection to any claimed exemptions of

property of the estate and for dismissal are hereby extended for 60 days until

_Dec. 16 2008_

Dated: New York, New York
       _Sept 4_ , 200_8_

Dated: New York, New York
       _Sept 4_ , 200_8_

                                        WINDELS MARX LANE & MITTENDORF, LLP
                                        Attorneys for Trustee

                                        By _____
                                           Alan Nisselson, Esq. (AN - 4680)
                                           A Member of the Firm
                                           156 West 56th Street
                                           New York, New York  10019
                                           Telephone (212) 237-1021

                                        _____
                                        Attorney For Debtor

                                        By: _Daniel M. Katner, Esq._
                                            _1025 Longwood Ave. (    -    )_
                                            _Bronx, NY 10459_
                                            _(718) 589-3999_

SO ORDERED:

_____
UNITED STATES BANKRUPTCY JUDGE

{10377701:1}