B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:    **Boaz Bagbag** _____

    **Debtor(s)**                                                    Case No:    08-12667 (AJG) _____

                                                                     Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Yes | 1 | $0 | | |
| B — Personal Property | Yes | 4 | $28,395 | | |
| C — Property Claimed as Exempt | Yes | 1 | | | |
| D — Creditors Holding Secured Claims | Yes | 1 | | $1,624,255 | |
| E — Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $9,200 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $2,917,104 | |
| G — Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H — Codebtors | Yes | 1 | | | |
| I — Current Income of Individual Debtor(s) | Yes | 1 | | | $2,000.00 |
| J — Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $6,064.00 |
| Total number of sheets in all Schedules | | 18 | | | |
| Total Assets | | | $28,395 | | |
| Total Liabilities | | | | $4,555,059 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  **Boaz Bagbag**_____  Error! Reference source not found.

      **Debtor(s)**

Case No:  __08-12667 (AJG)____

Chapter  __7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. 159)

        If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11 or 13, you must report the information below.

        ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts, and therefore, are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $5,600 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-sharing, and Other Similar  Obligations (from Schedule F) | $0 |
| TOTAL | $5,600 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $2,000.00 |
| Average Expenses (from Schedule J, Line 18) | $6,064.00 |
| Current Monthly Income (from Form 22A Line 12, OR Form 22B, Line 11; OR Form 22C Line 20) | TBD |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $14,430 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $9,200 | |
| 3 Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column. | | $0 |
| 4. Total from Schedule F | | $2,917,104 |
| 5. Total of non-priority unsecured debt (sum of 1,3 and 4) | | $2,931,534 |

B6A (Official Form 6A) (12/07)

In re:  **Boaz Bagbag**_____
      **Debtor(s)**
Case No:  _08-12667 (AJG)_____

Chapter  _7_____

# SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases**.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C— Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| *Commercial property located at: 122 School Street Yonkers, New York | Debtor is the trustee of his daughter's 1/3 interest in the property; Debtor does not have any ownership interest | N/A | $0 | $530,000 |
| | | | Total ➤  **$ 0.00** | |

*This property is listed for informational purposes only.  The Debtor is not the legal or equitable owner of this real estate.
*The total value of the property is estimated to be $600,000.00.  The Debtor's daughter's 1/3 interest is therefore worth $200,000.

B6B (Official Form 6B) (12/07)

In re:  **Boaz Bagbag** _____
      **Debtor(s)**
                                                    Case No:  __08-12667 (AJG)_____

                                                   Chapter   __7_____ _____

# SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G— Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash held by Debtor | | $20 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank account located at: Chase Bank 1025 Madison Ave New York, NY 10021 Checking Acct No. xxxxxx7965 | | $0* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit w/ landlord: 304 East 78th Street, LLC PO Box 1847 Paramus, NJ 07653 | | $1,800 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods Cooking utensils & tableware Misc. household electronics | | $475 $175 $600 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Misc. used clothing | | $400 |
| 7. Furs and jewelry. | | Gold Watch | | $100 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance policy held by: The Hanover Insurance Group 440 Lincoln Street Worcester, MA 01653-0002 | | $0 |

In re:  **Boaz Bagbag**
        **Debtor(s)**                                                Case No:   **08-12667 (AJG)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities.  Itemize, and name each issuer. | X | | | |
| 11.Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interests. 11 U.S.C. 523(c) Rule 1007(b) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Pace Product Solutions, Inc.<br><br>Worldwide Flash Auto Parts, Inc. (wholly owned subsidy of Pace)<br><br>Mazal Hai Auto Parts, Inc.<br><br>VIP Car Service, Inc. | | $0<br>$0<br><br>$0<br><br>$0 |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Loan to Pace Product Solutions, Inc. (08-12666 MG) | | $10,000 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

In re:  **Boaz Bagbag**_____
     **Debtor(s)**                                               Case No:  _08-12667 (AJG)_____

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Various lawsuits filed by Debtor or asserting counterclaims set forth in detail in Paragraph 4 of Statement of Financial Affairs (Estimated valuation) | | $5,000 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Consumer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Cadillac Escalade (200,000 miles) (automobile is leased) | | $9,825 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops— growing or harvested. give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re:  **Boaz Bagbag**
            **Debtor(s)**
            Case No:   **08-12667 (AJG)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _0_  continuation sheets attached | Total ➢ | $    **28,395** |

Include amounts from any continuation sheets attached.
Report also on Summary of Schedules.

* All property at debtors' residence unless otherwise noted.

* The Debtor's bank account was also used by Pace Product Solutions, Inc. (hereinafter "Pace").  The account had a balance of $34,501 at the time of filing, but there were significant checks outstanding which thereafter cleared and were deducted from bank account leaving a negative balance.   The account is also now frozen by a creditor and under the possession and control of the Chapter 7 Trustee, Togut, Segal and Segal, located at One Penn Plaza, New York, NY, in the Pace bankruptcy (Case No. 08-12666 (MG)).

* Hanover life insurance policy is owned by Pace, is on the life of the Debtor and is payable for $4,000,000.00 as follows: $2,000,000 to Summa Capital Corp., $1,000,000 to Pace and $1,000,000 to Boaz Bagbag's daughter.  There is no cash out value on the policy.

* Pace is in the process of being liquidated in a chapter 7 bankruptcy proceeding pending in the Southern District of New York.  There will no excess funds for distribution to the Debtor and it therefore has a $0 value.

* Worldwide Flash Auto Parts, Inc. has no assets or liabilities separate from those of the Pace.  The business was used to collect accounts receivables from customers, but all of said money was deposited into the Pace's bank account.

* Mazal Hai Auto Parts, Inc. ceased doing business in or around 2004 shortly before the Debtor formed Pace.  The business has not yet been legally dissolved.

* VIP Car Service, Inc. is still in existence and was operating until in or around July, 2008 at a loss.  The business leases automobiles to drivers for a fee.  The business's only assets consist of automobiles it has leased, but all such automobiles have now either been repossessed or assigned to other businesses.

* The loan to Pace was made in or around July, 2008 by the Debtor to provide capital to try and save the business.

B6C (Official Form 6C) (12/07)

In re:   **Boaz Bagbag**_____
         **Debtor(s)**                                              Case No:   __08-12667 (AJG)_____

# SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor(s) elect(s) the exemption to which the debtor(s) is entitled under:        [ ] Check if debtor claims a homestead exemption that exceeds $136,875.

Check one box:
☐  11 U.S.C. §522(b)(2)
☒  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash held by debtor | Debtor and Creditor § 283(2) | $20 | $20 |
| Chase bank account | Debtor and Creditor § 283(2) | $0 | $0 |
| Security Deposit with landlord | CPLR  § 5205 (g) | $1,800 | $1,800 |
| Misc. used Clothing | CPLR  § 5205 (5) | $400 | $400 |
| Misc. Household goods listed in Schedule B | CPLR  § 5205 (5) | $1,250 | $1,250 |
| Loan to Pace | CPLR  § 5205 (7)(b) Debtor and Creditor § 283(2) | $2,480 | $2,480 |
| Watch | CPLR  § 5205 (5) | $35 | $100 |
| Life Insurance Policy | Debtor and Creditor § 282 Insurance Law §  3212(b)(1) | $0 | $0 |
| 2005 Cadillac Escalade | Debtor and Creditor § 282(1) 11 U.S.C. §522(b)(3)(C) | $2,400 | $9,825 |
| | | **Total ➤ $8,385** | |

B6D (Official Form 6D) (12/07)

In re: **Boaz Bagbag**
      **Debtor(s)**
                                                          Case No:   08-12667 (AJG)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. (You may need to place an X in more than one of these three columns.)

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions above)* | C O D E B T O R | H W J C | Date Claim Was Incurred, Nature of Lien, and Description and  Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Acct No. Metro Leasing PO Box 380902 Bloomington, MN 55438 | | | 10/2006; lease of 2005 Cadillac Escalade (Value: $9,825) | | | | $24,255 | $14,430 |
| Acct No: Summa Capital Corp. c/o Lowenstein Sandler PC 1251 Avenue of the Americas New York, NY 10020 | X | | Various dates, security interest in substantially all of Pace's assets | X | | X | $1,600,000 | $0 |
| Acct No: B & N Realty Holding Corp. c/o Bondi & Lovino, Esqs. 1055 Franklin Avenue, Suite 206 Garden City,  NY 11530 | X | | 2006; Mortgage on real property located at 122 School Street, Yonkers, New York (Total Value: $600,000) (Debtor is not actual owner of premises) | X | | | $530,000* | $0 |
| 0 Continuation sheets attached | | | Subtotal ➤ (Total of this page) | | | | **$ 1,624,255.00** | **$ 14,430.00** |
| | | | Total ➤ (Use only on last page) | | | | **$ 1,624,255.00** | **$ 14,430.00** |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

*As specified in Schedule A, Debtor is not personally liable for this debt.  It is listed here for informational purposes, but is not included in the actual amount of debt owed.

B6E (Official Form 6E) (12/07)

In re:    **Boaz Bagbag**_____
          **Debtor(s)**                                    Case No:    __08-12667 (AJG)_____

# SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and the last four digits of the account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule HC Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an X in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this Total also in the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E ini the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled  "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

        Claims for domestic support that are owed to or are recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. 507(a)(1).

☐    **Extensions of credit in an involuntary case**.

        Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. 507(a)(3).

☐    **Wages, salaries, and commissions**

        Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

☐    **Contributions to employee benefit plans**

        Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(5).

In re:   **Boaz Bagbag**

**Debtor(s)**                                                          Case No:   **08-12667 (AJG)**

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. ' 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to a maximum of $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. ' 507(a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessal while the debtor was intoxicated from using alcohol, a drug or other substance.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced after the date of adjustment.

<u>1</u> continuation sheets attached

In re:    **Boaz Bagbag**_____

    **Debtor(s)**                                                    Case No:    **08-12667 (AJG)**_____

# SCHEDULE E— CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority Claim Listed on This Sheet**

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions)* | C O D E B T O R | H W J C | Date Claim Was Incurred, and Consideration for Claim | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Total Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, If Any |
|---|---|---|---|---|---|---|---|---|---|
| Acct No: Law Offices of Daniel M. Katzner, PC 1025 Longwood Avenue Bronx, NY 10459 | | | Post-petition attorney fees | | | | $4,000* | $4,000 | $0 |
| Acct No: Jacqueline Lewis 435 East 79th Street, Apt. 7E New York, NY 10075 | | | Various dates, child support claims | | | | $5,200 | $5,200 | $0 |
| Acct No: | | | | | | | | | |
| Acct No: | | | | | | | | | |

Sheet no. __1__ of _1_ continuation sheets
Sheets attached to Schedule of Unsecured
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| **Subtotals ➤** (Report also on Summary of Schedules) | **$ 9,200** | | |
| **Total ➤** (Report also on Summary of Schedules) | **$ 9,200** | | |
| **Totals ➤** (If applicable, report also on the Statistical Summary of Certain Liabilities, and Related Data) | | **$ 9,200** | **$ 0** |

*Estimated as of date of filing of these Schedules.

B6F (Official Form 6F) (12/07)

In re:  **Boaz Bagbag**
        **Debtor(s)**                                                                  Case No:  __08-12667 (AJG)_____

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H— Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." (You may need to place an X in more than one of these three columns.)

Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if the debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code And Account Number *(See Instructions above)* | C O D E B T O R | H W J C | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Acct No:<br>122 Street Slash, LLC<br>c/o Law Offices of Robert J. Gumenick, PC<br>160 Broadway, #1100<br>New York, NY 10038 | X | | Various dates, outstanding rent ($54,000 pre-petition; $25,000 post-petition) | X | | X | $79,000 |
| Acct No.<br>Flash Sales, Inc.<br>1055 Franklin Avenue, Suite 206<br>Garden City, NY 11530 | X | | Loan to purchase 2nd part of corporation | X | | X | $550,000 |
| Acct No:<br>Pace Auto Parts, Inc.<br>10 Park Avenue, Suite 2A<br>New York, NY 10016 | X | | Loan to purchase 1st part of corporation | X | | X | $550,000 |
| Acct No: 7109230615xxxx<br>Acct No: 554307663905xxxx<br>Acct No. 436613303767xxxx<br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | X | | Various dates, credit card charges ($40,674) and personal guarantee of line of credit on business ($280,000) | X | | X | $320,674 |

_3_  continuation sheets attached

|  | Subtotal ➢ | $ 1,499,674.00 |
|---|---|---|
|  | Total ➢ | $          0.00 |

(Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data)

In re:  **Boaz Bagbag**_____

        **Debtor(s)**                                          Case No:  **08-12667 (AJG)** _____

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| | | | | | | |
|---|---|---|---|---|---|---|
| Acct No: 547584102803xxxx<br>Advanta Bank Corp.<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 | | | Various dates, credit card purchases | | X | $27,127 |
| Acct No: 417008013300xxxx<br>Bank of America<br>PO Box 17054<br>Wilmington, DE 19884 | | | Various dates, credit card purchases | | X | $15,166 |
| Acct No: 417805228669xxxx<br>Capital One Bank<br>PO Box 85015<br>Richmond, VA 23285 | | | Various dates, credit card purchases | | X | $10,167 |
| Acct No: 542418049327xxxx<br>Acct No. 542418046851xxxx<br>Acct No. 558800800038xxxx<br>Acct No: 550107xxxx<br>Citibank<br>PO Box 769013<br>San Antonio, TX 78245-9013 | X | | Various dates, credit card purchases (all four accounts have balances) (one account is guarantor of business) | X | X | $64,468 |
| Acct No: 601100242015xxxx<br>Discover Card<br>PO Box 15316<br>Wilmington, DE 19850 | | | Various dates, credit card purchases | | X | $10,021 |
| Acct No: 407193019004xxxx<br>First National Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | | | Various dates, credit card purchases | | X | $8,582 |
| Acct No: 549035297989xxxx<br>Acct No. 431304026716xxxx<br>MBNA<br>PO Box 10754<br>Wilmington, DE 19884 | | | Various dates, credit card purchases (both accounts have balances) | | X | $20,000 |
| Acct No: 37250133957xxxx<br>American Express<br>PO Box 297812<br>Ft. Lauderdale, FL 33329 | X | | Various dates, personal guarantee of line of credit on business | X | X | $25,000 |
| Acct No:<br>Universal Auto<br>419 Park Avenue South, Ste 504<br>New York, NY 10010 | X | | Various dates, personal guarantee on business loan | X | X | $20,000 |

Sheet no. __1__ of _3_ continuation sheets
Sheets attached to Schedule of Unsecured
Nonpriority Claims

                                                                    Subtotal ➢ | $ 200,531.00

                                                                    Total ➢ | $          0.00

(Report total also on Summary of Schedules and if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

In re:    **Boaz Bagbag**_____
      Debtor(s)                                           Case No:    **08-12667 (AJG)**_____

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| | | | | | | |
|---|---|---|---|---|---|---|
| Acct No:<br>Yellow Book Sales & Distribution Co.<br>398 RexCorp Plaza<br>Uniondale, NY 11556 | X | | Various dates, personal guarantee on business loan | X | X | $12,563 |
| Acct No:<br>Uzi Evron<br>Attn: Robert J. Gumenick<br>160 Broadway #1100<br>New York, New York 10038 | X | | Various dates, alleged claim on business loan | X | X | $160,000 |
| Acct No:<br>Roni Abudi<br>Attn: Robert J. Gumenick<br>160 Broadway #1100<br>New York, New York 10038 | X | | Various dates, alleged claim on business loan | X | X | Same as above |
| Acct No:<br>Doron Kessel<br>Attn: Robert J. Gumenick<br>160 Broadway #1100<br>New York, New York 10038 | X | | Various dates, alleged claim on business loan | X | X | Same as above |
| Acct No:<br>Asher Alcobi<br>Attn: Robert J. Gumenick<br>160 Broadway #1100<br>New York, New York 10038 | X | | Various dates, alleged claim for purchase of interest in business | X | X | $100,000 |
| Acct No:<br>Robert Bosch, LLC<br>2800 South 25th Avenue<br>Broadview, IL 60155 | X | | Various dates, personal guarantee on business loan | X | X | $162,000 |
| Acct No:<br>Honeywell, Inc.<br>39 Old Ridgebury Road<br>Danbury, CT 06810 | X | | Various dates, personal guarantee on business loan | X | X | $372,000 |
| Acct No:<br>Harlington Realty Co.<br>156A East 83rd Street<br>New York, NY 10028 | X | | Various dates, personal guarantee on business loan | X | X | $32,000 |
| Acct No:<br>Autopart International, Inc.<br>c/o Murray S. Lubitz, Esq.<br>235 Main Street<br>White Plains, NY 10601 | X | | Various dates, debts due to suppliers of merchandise | X | X | $70,000 |

Sheet no. __2__ of _3_ continuation sheets
Sheets attached to Schedule of Unsecured
Nonpriority Claims

                                          **Subtotal ➤**   **$    908,563.00**

                                               **Total ➤**   **$            0.00**
(Report total also on Summary of Schedules and if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

In re:  **Boaz Bagbag**_____
       Debtor(s)                                       Case No:   _08-12667 (AJG)_ _____

# SCHEDULE F— CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Acct No | | Description | | | Amount |
|---|---|---|---|---|---|
| Acct No:<br>North Fork Bank d/b/a Capital One Bank<br>201 St. Charles Ave, 16th Floor<br>New Orleans, LA 70130 | X | Various dates, loan to business | X | X | $250,000 |
| Acct No:<br>USA Distributors<br>99 Wall Street<br>New York, NY 10005 | X | 07/2008; post-petition debts due to supplier of merchandise | X | X | $8,336 |
| Acct No: 547464424641xxxx<br>Wells Fargo<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 | | Various dates, credit card purchases | | X | $10,000 |
| Acct No:<br>Davis Electronics<br>c/o R & B Electronics Corp.<br>521 Fifth Avenue<br>New York, NY 10017 | X | Various dates, debts due to suppliers of merchandise | X | X | $40,000 |
| Acct No: | | | | | |
| Acct No: | | | | | |
| Acct No: | | | | | |
| Acct No: | | | | | |
| Acct No: | | | | | |

Sheet no. __3__ of _3_ continuation sheets
Sheets attached to Schedule of Unsecured
Nonpriority Claims

**Subtotal** ➢    $   308,336.00
**Total** ➢    $ 2,917,104.00
(Report total also on Summary of Schedules and if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re:    **Boaz Bagbag**_____
          **Debtor(s)**                                                    Case No:    **08-12667 (AJG)**_____

# SCHEDULE G— EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contract or unexpired leases.

| Name and Mailing Address, including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential real property. State Contract Number of any Government Contract |
|---|---|
| 304 East 78 Street, LLC<br>PO Box 1847<br>Paramus, NJ 07653 | One year residential lease terminating 05/31/2009 |

B6H (Official Form 6H) (12/07)

In re:  **Boaz Bagbag** _____
      **Debtor(s)**                                                **Case No:**  **08-12667 (AJG)** _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Pace Product Solutions, Inc.<br>122 School Street<br>Yonkers, NY 10702<br>*Personal guarantee of business's debts or alleged to be jointly liable | Summa Capital Corp.<br>Empire State Building<br>350 Fifth Avenue, Suite 7612<br>New York, NY 10118<br><br>USA Distributors<br>99 Wall Street<br>New York, NY 10005<br><br>122 Street Slash, LLC<br>c/o Law Offices of Robert J. Gumenick, PC<br>160 Broadway, #1100<br>New York, NY 10038<br><br>Pace Auto Parts, Inc.<br>10 Park Avenue, Suite 2A<br>New York, NY 10016<br><br>Flash Sales, Inc.<br>1055 Franklin Avenue, Suite 206<br>Garden City, NY 11530<br><br>Autopart International, Inc.<br>c/o Murray S. Lubitz, Esq.<br>235 Main Street<br>White Plains, NY 10601<br><br>B & N Realty Holding Corp.<br>1055 Franklin Avenue, Suite 206<br>Garden City, NY 11530<br><br>Honeywell, Inc.<br>39 Old Ridgebury Road<br>Danbury, CT 06810<br><br>Robert Bosch, LLC<br>2800 South 25th Avenue<br>Broadview, IL 60155 |

Autopart International, Inc.
c/o Murray S. Lubitz, Esq.
235 Main Street
White Plains, NY 10601

Chase
800 Brooksedge Blvd
Westerville, OH 43081

North Fork Bank d/b/a Capital
One Bank
201 St. Charles Ave, 16th Floor
New Orleans, LA 70130

Davis Electronics
419 Park Avenue South, Ste 504
New York, NY 10010

Harlington Realty
419 Park Avenue South, Ste 504
New York, NY 10010

Universal Auto
419 Park Avenue South, Ste 504
New York, NY 10010

Asher Alcobi
c/o Law Offices of Robert J. Gumenick PC
160 Broadway, #1100
New York, NY 10038

Doron Kessel
c/o Law Offices of Robert J. Gumenick PC
160 Broadway, #1100
New York, NY 10038

Rony Abudi
c/o Law Offices of Robert J. Gumenick PC
160 Broadway, #1100
New York, NY 10038

Uzi Evron
c/o Law Offices of Robert J. Gumenick PC
160 Broadway, #1100
New York, NY 10038

B6I (Official Form 6I) (12/07)

In re:  **Boaz Bagbag**
       **Debtor(s)**                                              Case No:  _08-12667 (AJG)_

# SCHEDULE I— CURRENT INCOME OF INDIVIDUAL DEBTORS

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **Daughter, Daughter (do not reside with Debtor)** | AGE(S): **7, 12** |

| EMPLOYMENT: | Debtor | Spouse |
|---|---|---|
| Occupation, Name of Employer: | **Unemployed** | |
| How long employed: | **N/A** | |
| Address of employer: | **N/A** | |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: Estimate of average or projected monthly income at time case filed | | |
| 1. Monthly gross wages, salary, and commissions (Pro rate if not paid monthly) | $0.00 | |
| 2. Estimated monthly overtime | $0.00 | |
| 3. SUBTOTAL | $0.00 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $0.00 | |
|   b. Insurance | $0.00 | |
|   c. Union dues | $0.00 | |
|   d. Other (Specify): | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. Regular income from operation of business/profession/farm (Attach statement) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance, or support payments payable to the debtor for the debtor's use or that of the dependents listed above | $2,000.00* | |
| 11. Social security or other governmental assistance Specify: | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2,000.00 | |

16. COMBINED AVERAGE MONTHLY INCOME
(Combine column totals from line 15. If there is only one debtor repeat total reported on line 15)

**$ 2,000.00**
(Report also on Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities
and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document. **NONE**

*Income listed as of date of filing of Schedules. Businesses listed in Schedule B were sole source of income, but no money is being earned by any of these presently.

B6J (Official Form 6J) (12/07)

In re:  **Boaz Bagbag**_____  Error! Reference source not found. Error! Reference source not found.
        **Debtor(s)**                                              Case No:  08-12667 (AJG)_____

# SCHEDULE J— CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

[ ] Check this box if a joint petition is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "spouse."

| | | |
|---|---|---:|
| 1. Rent, home mortgage, or mobile-home lot rent | a. Are real estate taxes included?   Yes _____  No _____ <br> b. Is property insurance included?   Yes _____  No _____ | $1,700 |
| 2. Utilities  a. Electricity and heating fuel | | $0 |
| b. Water and sewer | | $0 |
| c.. Telephone: Cellular | | $99 |
| d.  Other: Home Phone, Cable Television and Internet | | $0 |
| 3. Home Maintenance  (repairs and upkeep) | | $30 |
| 4. Food | | $500 |
| 5. Clothing | | $100 |
| 6. Laundry, dry cleaning | | $25 |
| 7. Medical and dental expenses | | $0 |
| 8. Transportation (not including car payments) | | $200 |
| 9. Recreation, clubs, entertainment, newspapers, magazines, etc. | | $0 |
| 10. Charitable contributions | | $0 |
| 11. Insurance (not deducted from wages or inc. in mortgage pmt) | | $0 |
| a. Homeowner's or renter's | | $0 |
| b. Life | | $0 |
| c. Health | | $0 |
| d. Auto | | $110 |
| e. Other: | | $0 |
| 12. Taxes (not deducted from wages or included in home mortgage) Specify: | | $0 |
| 13. Installment payments (in Chapters 11, 12 and 13, do not list  payments to be included in the plan) | | $0 |
| a. Auto payment: | | $650 |
| b. Other: | | $0 |
| c. Other:: | | $0 |
| 14. Alimony, maintenance, and support paid to others | | $2,600 |
| 15. Payments for support of additional dependents not living at the debtor's home | | $0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0 |
| 17. Other: Personal care products | | $50 |
| 18. AVERAGE  MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | **$6,064.00** |

19.  Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of the petition.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $2,000.00 |
| b. Average monthly expenses from Line 18 above | $6,064.00 |
| c. Monthly net income ( a minus  b ) | ($4,064.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

**In re:**  **Boaz Bagbag** _____

          **Debtor(s)**                                                                Case No:  __08-12667 (AJG) _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __ sheets (Total shown on summary page plus 2) and that they are true and correct to the best of my knowledge, information and belief.

Date __12/01/2008_____                Signature  /s/ Boaz Bagbag _____

                                                     /S/ Boaz Bagbag

Date _____                 Signature _____

                                                   /S/

                                 (In joint case, both debtors must sign)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been
promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum
amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,           Social Security No.
of Bankruptcy Petition Preparer                 (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

Address

X _____
  Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
*imprisonment or both.   11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Boaz Bagbag, the President (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the Corporation (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 15 sheets (Total shown on summary page plus 1), and that I declare that they are true and correct to the best of my knowledge, information and belief.

Date _____            /s/ _____
                                        Signature

                                (Print or type the name of individual signing for debtor)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
         18 U.S.C. §§152 and 3571.