UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                      Case No.: 08-12667 (AJG)

     Boaz Bagbag,                                          Chapter 7

               Debtor.
------------------------------------------------------------x

**ORDER TO SHOW CAUSE TO CONSIDER SHORTENING TIME IN WHICH
TO MOVE TO EXTEND TIME TO OBJECT TO (1) DISCHARGEABLILITY
UNDER 11 U.S.C SECTION 523 AND (2) DISCHARGE UNDER 11 U.S.C.
SECTION 727**

TO THE DEBTOR, TRUSTEE AND CREDITORS:

     Upon the Statement of Robert J. Gumenick, attorney for Creditors Uzi Evron,

Roni Abudi and Doron Kessel, dated December 8, 2008, and sufficient cause appearing

therefore, it is hereby

     ORDERED AND ADJUDGED, that the hearing on the motion will be held on

shortened time on December 16, 2008 at 9:30 A.M. in Room 523 at the Alexander

Hamilton Courthouse, One Bowling Green, New York, New York   10004.   Any

objection to such motion shall be filed and served by 5:00 P.M. on December 15, 2008.

     NOTICE OF THE HEARING SHALL BE GIVEN by the attorney for the

movant  to (i) the United States Trustee, the (ii) the Chapter 7 Trustee in the above

captioned case, (iii) Debra Welch, Esq. of Bondi & Iovino,  attorneys for B&N Realty

Corp. 1055 `Franklin Avenue, Suite 206 Garden City, NY 11530`  and (iv) and

1

all other parties requesting notice.   An original shall be transmitted to Greg Zipes, Esq.,

Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York

10004.  Service shall be made on or before 5:00 P.M. on December 9, 2008.

Dated: New York, New York
       December 8, 2008

              **s/Arthur J. Gonzalez**
              UNITED STATES BANKRUPTCY JUDGE