UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re:                                                :        Chapter 7
                                                      :        Case No. 08-12667 (AJG)
**BOAZ BAGBAG,**                                      :
                                                      :
                        Debtor.                       :
                                                      :
------------------------------------------------------x

### STIPULATION AND ORDER REGARDING EXTENSION OF DEADLINE TO OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727 <u>AND DISCHARGEABILITY UNDER 11 U.S.C. § 523</u>

**WHEREAS**, the above-named debtor ("Debtor") filed his petition under Chapter 7 of title 11 of the United States Code ("Bankruptcy Code") on July 10, 2008; and

**WHEREAS**, the time for objecting to discharge in these cases pursuant to Section 727 of the Bankruptcy Code and to dischargeability under Section 523 of the Bankruptcy Code, absent further extension, will end on December 16, 2008; and

**WHEREAS**, the Debtor has agreed to extend the time for Uzi Evron, Doron Kessel and Roni Abudi and Summa Capital Corp. (collectively, the "Creditors") to object to discharge in these cases pursuant to Section 727 of the Bankruptcy Code and to object to the dischargeability of any indebtedness owing from the Debtor to any of the Creditors pursuant to Section 523 of the Bankruptcy Code; and

**WHEREAS**, Bankruptcy Rules 4004(b) and 4007(c) contemplate and permit the extension of these deadlines;

**NOW, THEREFORE**, it is hereby stipulated and agreed as follows:

1.      The time is hereby extended through and including March 16, 2009 for the Creditors and any of their respective successors and/or assigns to to file complaints objecting to discharge pursuant to Section 727 of the Bankruptcy Code in the Debtor's case.

2.      The time is hereby extended through and including March 16, 2009 for the Creditors and any of their respective successors an/or assigns to file complaints objecting to the dischargeability of the Debtor's indebtedness to any of the Creditors pursuant to Section 523 of the Bankruptcy Code.

3.      The foregoing extensions shall not limit the right of any of the Creditors and any successors thereto to request and obtain further extensions of the above deadlines, provided that the Debtor reserves the right to object to any such further extension requests.


Dated: New York, New York
       December 10, 2008

                              LAW OFFICES OF DANIEL M. KATZNER, PC

                              /s/ Daniel M. Katzner_____
                              Daniel M. Katzner, Esq.
                              1025 Longwood Avenue
                              Bronx, NY 10459
                              Tel: (718) 589-3999

                              Counsel for the Debtor


**SO ORDERED** on this 11th day of December, 2008
in New York, New York


**s/Arthur J. Gonzalez**
_____
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE