UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:  Case No. 08-12667 (AJG)
:
:  Chapter 7
:
In Re:  :
:
:  **STIPULATION EXTENDING**
BOAZ BAGBAG,  :  **CREDITOR SUMMA CAPITAL**
:  **CORP.'S TIME TO OBJECT TO**
:  **DEBTOR'S DISCHARGE,**
Debtor.  :  **DISCHARGEABILITY OF DEBTS**
:  **AND ANY CLAIMED**
:  **EXEMPTIONS AND FOR**
:  **DISMISSAL.**
:
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days to and through June 16, 2009.

Dated: New York, New York
       March 9, 2009

LAW OFFICES OF DAVID C. BERG          DANIEL M. KATZNER, ESQ.

By: _____           By: _____
    Jeanne M. Weisneck, Esq.              Daniel M. Katzner, Esq.
    (jeanne@dberglaw.com)                 (danielkatzner@yahoo.com)
    Attorneys for Creditor                Attorney for Debtor
    Summa Capitol Corp.                   1025 Longwood Avenue
    425 Madison Avenue, 11th Floor        Bronx, New York 10459
    New York, New York 10017-1110         (718) 589-3999
    Telephone: (212) 829-0400

SO ORDERED:

_____
UNITED STATES BANKRUPTCY JUDGE
March _____, 2009