UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Case No. 08-12667 (AJG)

Chapter 7

In Re:

BOAZ BAGBAG,

Debtor.

**STIPULATION EXTENDING CREDITOR SUMMA CAPITAL CORP.'S TIME TO OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS AND ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL.**

---------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days to and through June 16, 2009.

Dated: New York, New York
March 9, 2009

LAW OFFICES OF DAVID C. BERG

By: _____
Jeanne M. Weisneck, Esq.
(jeanne@dberglaw.com)
Attorneys for Creditor
Summa Capitol Corp.
425 Madison Avenue, 11th Floor
New York, New York 10017-1110
Telephone: (212) 829-0400

DANIEL M. KATZNER, ESQ.

By: _____
Daniel M. Katzner, Esq.
(danielkatzner@yahoo.com)
Attorney for Debtor
1025 Longwood Avenue
Bronx, New York 10459
(718) 589-3999

SO ORDERED:

**s/Arthur J. Gonzalez**
UNITED STATES BANKRUPTCY JUDGE
March 10, 2009