UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

In Re:

BOAZ BAGBAG,

      Debtor.

x

-------------------------------------------------------------

: Case No. 08-12667 (AJG)
:
: Chapter 7
:
:
:
:
: **STIPULATION OF**
: **SUBSTITUTION OF COUNSEL**
: **FOR CREDITOR SUMMA**
: **CAPITAL CORP.**
:
:
:
:
:

IT IS HEREBY CONSENTED THAT Amy R. Schulder, Vice President – General

Counsel of SUMMA CAPITAL CORP., 350 Fifth Avenue, Suite 7612, New York, NY 10118,

be substituted as attorney of record for Creditor SUMMA CAPITAL CORP. in the above-

entitled proceeding in place and stead of the undersigned attorneys as of the date hereof.


LAW OFFICES OF DAVID C. BERG


By: _____
    David C. Berg, Esq.
    Outgoing Attorneys for Creditor
    Summa Capitol Corp.
    425 Madison Avenue, 11th Floor
    New York, New York 10017-1110
    Telephone: (212) 829-0400
    Facsimile: (212) 829-9398

SUMMA CAPITAL CORP.

By: _____

Amy R. Schulder, Esq.
Vice President – General Counsel


## ACKNOWLEDGMENT

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

On the _____ day of May, 2009, before me, the undersigned, personally appeared AMY R. SCHULDER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signatures on the instrument, the individuals executed the instrument.

_____
Notary Public

Lori Ratner
Notary Public, State of New York
No. 31-4796156
Qualified in New York County
Commission Expires August 31, 2010