UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:   Case No. 08-12667 (AJG)
:
:   Chapter 7
In Re:                                       :
:
:
BOAZ BAGBAG,                                 :   **STIPULATION EXTENDING**
:   **CREDITOR SUMMA CAPITAL**
:   **CORP.'S TIME TO OBJECT TO**
:   **DEBTOR'S DISCHARGE,**
Debtor.                                      :   **DISCHARGEABILITY OF DEBTS**
:   **AND ANY CLAIMED**
:   **EXEMPTIONS AND FOR**
:   **DISMISSAL.**
:
:
------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time period for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days to and through September 16, 2009.

Dated: New York, New York
       May 18, 2009

AMY R. SCHULDER, ESQ.                          DANIEL M. KATZNER, ESQ.

By: _____                     By: _____
    Amy R. Schulder, Esq.                          Daniel M. Katzner, Esq.
    (amy@summacapital.com)                         (danielkatzner@yahoo.com)
    Attorney for Creditor                          Attorney for Debtor
    Summa Capital Corp.                            1025 Longwood Avenue
    350 Fifth Avenue, Suite 7612                   Bronx, New York 10459
    New York, New York 10118                       Telephone: (718) 589-3999
    Telephone: (212) 244-1200

SO ORDERED:

**s/Arthur J. Gonzalez**   May 20, 2009
UNITED STATES BANKRUPTCY JUDGE
May 20, 2009