UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :  Case No. 08-12667 (AJG)
                                                              :
                                                              :  Chapter 7
                                                              :
In Re:                                                        :
                                                              :
                                                              :  **STIPULATION EXTENDING**
BOAZ BAGBAG,                                                  :  **CREDITOR SUMMA CAPITAL**
                                                              :  **CORP.'S TIME TO OBJECT TO**
                                                              :  **DEBTOR'S DISCHARGE,**
         Debtor.                                              :  **DISCHARGEABILITY OF DEBTS**
                                                              :  **AND ANY CLAIMED**
                                                              :  **EXEMPTIONS AND FOR**
                                                              :  **DISMISSAL.**
                                                              :
                                                              :
------------------------------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time periods for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days to and through December 16, 2009.

Dated: New York, New York
       September 15, 2009

|  |  |
|---|---|
| AMY R. SCHULDER, ESQ. | DANIEL M. KATZNER, ESQ. |
| By: _____ | By: /s/ Daniel M. Katzner |
| Amy R. Schulder, Esq. | Daniel M. Katzner, Esq. |
| (amy@summacapital.com) | (danielkatzner@yahoo.com) |
| Attorney for Creditor | Attorney for Debtor |
| Summa Capital Corp. | 1025 Longwood Avenue |
| 350 Fifth Avenue, Suite 7612 | Bronx, New York 10459 |
| New York, New York 10118 | Telephone: (718) 589-3999 |
| Telephone: (212) 244-1200 |  |

SO ORDERED:

_____
UNITED STATES BANKRUPTCY JUDGE
September ____, 2009