UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x

| | |
|---|---|
| In Re: | Case No. 08-12667 (AJG) |
| | Chapter 7 |
| BOAZ BAGBAG, | **STIPULATION EXTENDING CREDITOR SUMMA CAPITAL CORP.'S TIME TO OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS AND ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL.** |
| Debtor. | |

----------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time periods for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days to and through December 16, 2009.

Dated: New York, New York
September 15, 2009

AMY R. SCHULDER, ESQ.                          DANIEL M. KATZNER, ESQ.

By: _____                      By: /s/ Daniel M. Katzner
Amy R. Schulder, Esq.                                Daniel M. Katzner, Esq.
(amy@summacapital.com)                               (danielkatzner@yahoo.com)
Attorney for Creditor                                Attorney for Debtor
Summa Capital Corp.                                  1025 Longwood Avenue
350 Fifth Avenue, Suite 7612                         Bronx, New York 10459
New York, New York 10118                             Telephone: (718) 589-3999
Telephone: (212) 244-1200

SO ORDERED:

**s/Arthur J. Gonzalez**
_____
UNITED STATES BANKRUPTCY JUDGE
September  17 , 2009