UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In Re:

BOAZ BAGBAG,

      Debtor.

------------------------------------------------------------ x

Case No. 08-12667 (AJG)

Chapter 7

**STIPULATION EXTENDING CREDITOR SUMMA CAPITAL CORP.'S TIME TO OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS AND ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time periods for creditor Summa Capital Corp. to object to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions of property of the estate and for dismissal are hereby extended for 90 days from December 16, 2009 to and through March 16, 2010.

Dated: New York, New York, December 15, 2009

| | |
|---|---|
| AMY R. SCHULDER, ESQ. | DANIEL M. KATZNER, ESQ. |
| By: _/s/ Amy Schulder_<br>Amy R. Schulder, Esq.<br>(amy@summacapital.com)<br>Attorney for Creditor<br>Summa Capital Corp.<br>350 Fifth Avenue, Suite 7612<br>New York, New York 10118<br>Telephone: (212) 244-1200 | By: /s/ Daniel M. Katzner<br>Daniel M. Katzner, Esq.<br>(danielkatzner@yahoo.com)<br>Attorney for Debtor<br>1025 Longwood Avenue<br>Bronx, New York 10459<br>Telephone: (718) 589-3999 |

SO ORDERED:

_____
UNITED STATES BANKRUPTCY JUDGE
December ____, 2009