UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

Case No. 08-12667 (AJG)

Chapter 7

In Re:

BOAZ BAGBAG,

Debtor.

**STIPULATION EXTENDING CREDITOR SUMMA CAPITAL CORP.'S TIME TO OBJECT TO DEBTOR'S DISCHARGE, DISCHARGEABILITY OF DEBTS AND ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL.**

---------------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the

time periods for creditor Summa Capital Corp. to object to the discharge of the Debtor,

dischargeability of debts, for objection to any claimed exemptions of property of the estate and

for dismissal are hereby extended for 90 days from March 16, 2010 to and through June 16,

2010.

Dated: New York, New York, February 26, 2010

AMY R. SCHULDER, ESQ.

By: _____
Amy R. Schulder, Esq.
(amy@summacapital.com)
Attorney for Creditor
Summa Capital Corp.
350 Fifth Avenue, Suite 7612
New York, New York  10118
Telephone: (212) 244-1200

DANIEL M. KATZNER, ESQ.

By: _____
Daniel M. Katzner, Esq.
(danielkatzner@yahoo.com)
Attorney for Debtor
1025 Longwood Avenue
Bronx, New York  10459
Telephone: (718) 589-3999

SO ORDERED:

_____
UNITED STATES BANKRUPTCY JUDGE
March _____, 2010