UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: Case No. 08-12667 (AJG)
:
: Chapter 7
:
In Re:  :
:
: **JUDGMENT**
BOAZ BAGBAG,  :
:
:
Debtor.  :
: BC 10,0127
:
:
:
:
------------------------------------------------------------------- x

      The Debtor Boaz Bagbag having entered into a Stipulation with creditor Summa Capital Corp. ("Summa") dated June 4, 2010, providing that a judgment be entered against the Debtor and in favor of Summa, and said Stipulation having been so-ordered on June 8, 2010,

      Now, upon the motion of Amy Schulder, Esq., attorney for Summa, it is hereby

      ORDERED, that Summa Capital Corp., a New York corporation with its principal place of business located at 350 Fifth Avenue, New York, New York 10118, have judgment against and recover from Debtor Boaz Bagbag, residing at 304 East 78th Street, Apartment 5F, New York, New York 10021, the sum of $1,212,062.40, and that Summa have execution therefor.

Dated: June 8, 2010

                              **s/Arthur J. Gonzalez**
                              HONORABLE ARTHUR J. GONZALEZ
                              CHIEF UNITED STATES BANKRUPTCY JUDGE