UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re:

**Boaz Bagbag**,                                              Chapter 7

       Debtor                                      Case No.: 08-12667 (AJG)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF SERVICE

I, Anatin Rouzeau, hereby certify that I am an employee of the United States Bankruptcy Court, Southern District of New York and a disinterested party to this matter.

I further certify that on **June 10, 2010**, true and correct copies of the Judgment were served upon:

Boaz Bagbag
304 East 78th Street, Apt. 5F
New York, NY 10021

at the above-listed addresses designated for that purpose by enclosing true copies of same in first-class post-paid properly addressed envelopes and depositing same into an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: June 10, 2010
New York, New York

                                                         /s/ Anatin Rouzeau
                                                            Deputy Clerk