UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

BOAZ BAGBAG,

    Debtor.
-------------------------------------------------------X

Chapter 7
Case No.: 08-12667-reg

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
     )ss:
COUNTY OF NASSAU )

  **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

  On February 6, 2014, service of the *NOTICE OF MOTION BY DEBTOR FOR AN ORDER (a) REOPENING CASE TO ADD AN UNSECURED CREDITOR PURSUANT TO 11 U.S.C. §350 AND BANKRUPTCY RULE 5010; (b) DECLARING POST-PETITION JUDGMENT OBTAINED BY METROPOLITAN LEASING, LLC NULL AND VOID AS IT VIOLATES THE AUTOMATIC STAY WHICH CAME INTO EFFECT AS OF THE FILING OF THE CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 362(a); (c) EXTENDING THE AUTOMATIC STAY NUNC PRO TUNC AS OF THE DATE OF COMMENCEMENT OF STATE COURT ACTION TO VIP CAR SERVICE, INC., PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(a); AND GRANTING RELATED RELIEF*

was made upon:

**THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

            /s/Christine C. Follett
            **CHRISTINE C. FOLLETT**

Sworn to before me this
6th day of February, 2014

/s/ Lisa A. Nichols
Notary Public, State of New York
No. 01NI6093930
Qualified in Nassau County
Commission Expires June 9, 2015

1

```
Label Matrix for local noticing          David R. Maltz & Co., Inc.              JP Morgan Chase Bank, N.A.
0208-1                                   David R. Maltz & Co., Inc.              1820 E. Sky Harbor Circle South
Case 08-12667-reg                        155 Terminal Drive                      Phoenix, AZ 85034-4810
Southern District of New York            Attn: David R. Maltz
Manhattan                                Plainview, NY 11803-2320
Wed Feb  5 14:00:18 EST 2014

JPMorgan Chase Bank N.A.                 United States Trustee                   Manhattan Division
c/o Deborah Schaal Esq.                  Office of the United States Trustee     One Bowling Green
Gordon and Schaal LLP                    U.S. Federal Office Building            New York, NY 10004-1415
1039 Monroe Ave.                         201 Varick Street, Room 1006
Rochester, NY 14620-1730                 New York, NY 10014-9449

122 Street Slash, LLC                    American Express Bank FSB               American Express Centurion Bank
c/o Law Office of Robert J. Gumenick, PC c/o Becket and Lee LLP                  c/o Becket and Lee LLP
160 Broadway                             POB 3001                                POB 3001
Suite 1100                               Malvern  PA 19355-0701                  Malvern  PA 19355-0701
New York, New York 10038-4212

Ascension Capital Group, Inc             Ascension Capital Group, Inc.           Ascension Capital Group, Inc.
Attn: HSBC Auto Finance                  Attn: BMW Financial Services NA         Attn:BMW Financial Services NA, LLC Depa
P.O. Box 201347                          P.O. Box 201347                         P.O.Box 201347
Arlington, TX 76006-1347                 Arlington, TX 76006-1347                Arlington, TX 76006-1347

Asher Alcobi                             B & N Realty Holding Corp.              B&N REALTY HOLDING CORP.
c/o Law Office of Robert J. Gumenick, PC 1055 Franklin Avenue, Suite 206         BONDI & IOVINO
160 Broadway                             Garden City, NY 11530-2903              1055 FRANKLIN AVENUE, SUITE 206
Suite 1100                                                                       GARDEN CITY, NY 11530-2903
New York, New York 10038-4212

Chase                                    Citibank                                Davis Electronics
800 Brooksedge Blvd                      PO Box 769013                           Attn: Jason Levine
Westerville, OH 43081-2822               San Antonio, TX 78245-9013              419 Park Avenue South, Ste 504
                                                                                 New York, NY 10016-8410

Doron Kessel                             Flash Sales, Inc.                       GMAC
Attn: Bruce Lederman                     1055 Franklin Avenue, Suite 206         P.O. Box 130424
567 Broadway                             Garden City, NY 11530-2903              Roseville, MN 55113-0004
Massapequa, NY 11758-5019

HEALTH NET                               Harlington Realty                       Honeywell, Inc.
COLLECTIONS DEPT.                        Attn: Jason Levine                      39 Old Ridgebury Road
ONE FAR MILL CROSSING                    419 Park Avenue South, Ste 504          Danbury, CT 06810-5103
SHELTON, CT 06484-6121                   New York, NY 10016-8410

JPMorgan Chase Bank, NA                  NORTH FORK BANK (CAPITAL ONE)           NYS DEPT OF TAX AND FINANCE
Attn:  Recovery AZ1-1004                 ATTN: HOWARD JASLOW, ESQ.               BANKRUPTCY SECTION
201 North Central Avenue, Floor 17       1065 AVENUE OF THE AMERICAS             PO BOX 5300
Phoenix, AZ 85004-1000                   NEW YORK, NY 10018-1878                 ALBANY NY 12205-0300

North Fork Bank d/b/a Capital One Bank   Pace Auto Parts, Inc.                   Prime Automotive Parts Co., Inc.
201 St. Charles Ave, 16th Floor          10 Park Avenue, Suite 2A                c/o Paul S. Groschadl, Esq.
New Orleans, LA 70170-2900               New York, NY 10016-4338                 700 Crossroads Building
                                                                                 Rochester, New York 14614-1313
```

Robert Bosch, LLC
2800 South 25th Avenue
Broadview, IL 60155-4594

Roni Aboudi
c/o Law Office of Robert J. Gumenick, PC
160 Broadway
Suite 1100
New York, New York 10038-4212

Rony Abudi
Attn: Bruce Lederman
567 Broadway
Massapequa, NY 11758-5019

Santander consumer usa
Po box 961245
Fort worth, TX 76161-0244

Summa Capital Corp.
350 Fifth Avenue, Suite 7612
New York, New York 10118-7612

Summa Capital Corp.
Empire State Building
350 Fifth Avenue, Suite 7612
New York, NY 10118-7612

Universal Auto
Attn: Jason Levine
419 Park Avenue South, Ste 504
New York, NY 10016-8410

Uzi Evron
Attn: Bruce Lederman
567 Broadway
Massapequa, NY 11758-5019

Alan Nisselson
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019-3800

Asher Alcobi
Law Office of Robert J. Gumenick, PC
160 Broadway
Suite 1100
New York, NY 10038-4212

Boaz Bagbag
304 East 78th Street, Apt. 5F
New York, NY 10075-2226

Daniel M. Katzner
1025 Longwood Avenue
Bronx, NY 10459-5105

Doron Kessel
Law Office of Robert J. Gumenick PC
160 Broadway
Suite 1100
New York, NY 10038-4212

Roni Abudi
Law Office of Robert J. Gumenick, PC
160 Broadway
Suite 1100
New York, NY 10038-4212

Uzi Evron
Law Office of Robert J. Gumenick
160 Broadway
Suite 1100
New York, NY 10038-4212

(d)American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Pike & Pike, P.C.
1921 Bellmore Avenue
Bellmore, New York 11710
Kenneth Tuch, Esq.

Boaz Bagbag
100 Fisher Avenue
White Plains, New York 10602

VIP Car Service, Inc.
50-07 49th Street
Woodside, New York 11377

Debra Welsh, Esq.
Bondi & Iovino
1055 Franklin Avenue, Ste. 206
Garden City, NY 11530