UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :        Chapter 7
                                                    :        Case No.: 08-12667-reg
    BOAZ BAGBAG,                        :
                                                    :        Hon. Robert E. Gerber
                           Debtor.   :
------------------------------------------------------------x

## ORDER DENYING MOTION OF DEBTOR TO REOPEN CASE

Upon the motion, dated February 6, 2014 (the "**Motion**") of debtor Boaz Bagbag, seeking an order pursuant to 11 U.S.C. §350 and Fed. R. Bankr. P. 5010 reopening Debtor's Chapter 7 case to add Metropolitan Leasing, LLC as an unsecured creditor and seeking related relief, all as more fully described in the Motion [Docket Nos. 135 and 136]; and Metropolitan Leasing, LLC having filed its opposition to the Motion [Docket No. 137] (the "**Opposition**"); and Debtor having filed his reply in further support of the Motion [Docket No. 138] (the "**Reply**"); and the Court having held a hearing to consider the requested relief on March 5, 2014 (the "**Hearing**"); and based upon the Motion, the Opposition, the Reply, and the record of the Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record of the Hearing, the Motion is DENIED.

Dated: New York, New York
       March 11, 2014

                                                           *s/ Robert E. Gerber*
                                                           Honorable Robert E. Gerber
                                                           United States Bankruptcy Judge