# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Boaz Bagbag | CASE NO.: 08–12667–mkv |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8989 | CHAPTER: 7 |

## NOTICE TO ALL CREDITORS AND INTERESTED PARTIES

Motion to Reopen Chapter 7 Case with hearing to be held on 12/14/2016 at 10:00 AM at Courtroom 501 (MKV).


Dated: November 9, 2016                              Vito Genna
                                                     Clerk of the Court