# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: dcantrell | Date Created: 11/9/2016 |
| Case: 08−12667−mkv | Form ID: 143 | Total: 63 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr　　　　Summa Capital Corp.
unk　　　B and N Realty Holding Corp
unk　　　Debra Welsh
unk　　　Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.

TOTAL: 4

**Recipients of Notice of Electronic Filing:**
tr　　　　Alan Nisselson　　　anisselson@windelsmarx.com
aty　　　Amy Schulder　　　amy@summacapital.com
aty　　　Daniel M. Katzner　　　danielkatzner@yahoo.com
aty　　　David M. Banker　　　dbanker@lowenstein.com
aty　　　Deborah Kall Schaal　　　dschaal@rochester.rr.com
aty　　　Greg M. Zipes　　　greg.zipes@usdoj.gov
aty　　　Jeanne M. Weisneck　　　jeanne@dberglaw.com
aty　　　Laurence I. Cohen　　　lic@pikeandpike.com
aty　　　Lawrence M. Gottlieb　　　lgesquire@lmgottlieb.com
aty　　　Richard J. McCord　　　RMcCord@CBAH.com
aty　　　Robert J. Gumenick　　　robert@gumenicklaw.com

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　　Boaz Bagbag　　　304 East 78th Street, Apt. 5F　　　New York, NY 10021
ust　　　United States Trustee　　　Office of the United States Trustee　　　U.S. Federal Office Building　　　201 Varick Street, Room 1006　　　New York, NY 10014
cr　　　　Asher Alcobi　　　Law Office of Robert J. Gumenick, PC　　　160 Broadway　　　Suite 1100　　　New York, NY 10038
cr　　　　Roni Abudi　　　Law Office of Robert J. Gumenick, PC　　　160 Broadway　　　Suite 1100　　　New York, NY 10038
cr　　　　Doron Kessel　　　Law Office of Robert J. Gumenick PC　　　160 Broadway　　　Suite 1100　　　New York, NY 10038
cr　　　　Uzi Evron　　　Law Office of Robert J. Gumenick　　　160 Broadway　　　Suite 1100　　　New York, NY 10038
cr　　　　JP Morgan Chase Bank, N.A.　　　1820 E. Sky Harbor Circle South　　　Phoenix, AZ 85034−9701
cr　　　　JPMorgan Chase Bank N.A.　　　c/o Deborah Schaal Esq.　　　Gordon and Schaal LLP　　　1039 Monroe Ave.　　　Rochester, NY 14620
auc　　　David R. Maltz & Co., Inc.　　　David R. Maltz & Co., Inc.　　　155 Terminal Drive　　　Attn: David R. Maltz　　　Plainview, NY 11803
unk　　　Metropolitan Leasing, LLC　　　41−24 39th Street　　　Sunnyside, NY 11104
aty　　　Debra Welsh　　　Bondi & Iovino, Esqs　　　1055 Franklin Avenue　　　Suite 206　　　Garden City, NY 11530
smg　　　N.Y. State Unemployment Insurance Fund　　　P.O. Box 551　　　Albany, NY 12201−0551
smg　　　New York City Dept. Of Finance　　　345 Adams Street, 3rd Floor　　　Attn: Legal Affairs − Devora Cohn　　　Brooklyn, NY 11201−3719
smg　　　New York State Tax Commission　　　Bankruptcy/Special Procedures Section　　　P.O. Box 5300　　　Albany, NY 12205−0300
smg　　　United States Attorney's Office　　　Southern District of New York　　　Attention: Tax & Bankruptcy Unit　　　86 Chambers Street, Third Floor　　　New York, NY 10007
4584522　　122 Street Slash, LLC　　　c/o Law Office of Robert J. Gumenick, PC　　　160 Broadway　　　Suite 1100　　　New York, New York 10038
4903208　　American Express Bank FSB　　　c/o Becket and Lee LLP　　　POB 3001　　　Malvern PA 19355−0701
4638810　　American Express Bank FSB　　　c/o Becket and Lee LLP　　　POB 3001　　　Malvern PA 19355−0701
4903207　　American Express Centurion Bank　　　c/o Becket and Lee LLP　　　POB 3001　　　Malvern PA 19355−0701
4799879　　Ascension Capital Group, Inc　　　Attn: HSBC Auto Finance　　　P.O. Box 201347　　　Arlington, TX 76006
5458366　　Ascension Capital Group, Inc.　　　Attn: BMW Financial Services NA　　　P.O. Box 201347　　　Arlington, TX 76006
5644805　　Ascension Capital Group, Inc.　　　Attn:BMW Financial Services NA, LLC Depa　　　P.O.Box 201347　　　Arlington, TX 76006
4584519　　Asher Alcobi　　　c/o Law Office of Robert J. Gumenick, PC　　　160 Broadway　　　Suite 1100　　　New York, New York 10038
4576188　　B & N Realty Holding Corp.　　　1055 Franklin Avenue, Suite 206　　　Garden City, NY 11530
4933333　　B&N REALTY HOLDING CORP.　　　BONDI & IOVINO　　　1055 FRANKLIN AVENUE, SUITE 206　　　GARDEN CITY, NY 11530
4576193　　Chase　　　800 Brooksedge Blvd　　　Westerville, OH 43081
4576192　　Citibank　　　PO Box 769013　　　San Antonio, TX 78245−9013
4576195　　Davis Electronics　　　Attn: Jason Levine　　　419 Park Avenue South, Ste 504　　　New York, NY 10010
4576200　　Doron Kessel　　　Attn: Bruce Lederman　　　567 Broadway　　　Massapequa, NY 11758

| | | |
|---|---|---|
| 4576189 | Flash Sales, Inc. | 1055 Franklin Avenue, Suite 206    Garden City, NY 11530 |
| 4614053 | GMAC | P.O. Box 130424    Roseville, MN 55113 |
| 4909405 | HEALTH NET | COLLECTIONS DEPT.    ONE FAR MILL CROSSING    SHELTON, CT 06484 |
| 4576196 | Harlington Realty | Attn: Jason Levine    419 Park Avenue South, Ste 504    New York, NY 10010 |
| 4576202 | Honeywell, Inc. | 39 Old Ridgebury Road    Danbury, CT 06810 |
| 4812672 | JPMorgan Chase Bank, NA | Attn: Recovery AZ1–1004    201 North Central Avenue, Floor 17    Phoenix, AZ 85004–0073 |
| 4597608 | NORTH FORK BANK (CAPITAL ONE) | ATTN: HOWARD JASLOW, ESQ.    1065 AVENUE OF THE AMERICAS    NEW YORK, NY 10018 |
| 5192249 | NYS DEPT OF TAX AND FINANCE | BANKRUPTCY SECTION    PO BOX 5300    ALBANY NY 12205 |
| 4576194 | North Fork Bank d/b/a Capital One Bank | 201 St. Charles Ave, 16th Floor    New Orleans, LA 70130 |
| 4576190 | Pace Auto Parts, Inc. | 10 Park Avenue, Suite 2A    New York, NY 10016 |
| 4636261 | Prime Automotive Parts Co., Inc. | c/o Paul S. Groschadl, Esq.    700 Crossroads Building    Rochester, New York 14614 |
| 4576201 | Robert Bosch, LLC | 2800 South 25th Avenue    Broadview, IL 60155 |
| 4584521 | Roni Aboudi | c/o Law Office of Robert J. Gumenick, PC    160 Broadway    Suite 1100    New York, New York 10038 |
| 4576198 | Rony Abudi | Attn: Bruce Lederman    567 Broadway    Massapequa, NY 11758 |
| 5882224 | Santander consumer usa | Po box 961245    Fort worth, TX 76161 |
| 4739816 | Summa Capital Corp. | 350 Fifth Avenue, Suite 7612    New York, New York 10118 |
| 4576191 | Summa Capital Corp. | Empire State Building    350 Fifth Avenue, Suite 7612    New York, NY 10118 |
| 4576197 | Universal Auto | Attn: Jason Levine    419 Park Avenue South, Ste 504    New York, NY 10010 |
| 4576199 | Uzi Evron | Attn: Bruce Lederman    567 Broadway    Massapequa, NY 11758 |

TOTAL: 48