**SHENWICK & ASSOCIATES**
122 E<span style="font-variant:small-caps">ast</span> 42ND S<span style="font-variant:small-caps">treet</span>, S<span style="font-variant:small-caps">uite</span> 620
N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span>, <span style="font-variant:small-caps">ny</span>  10168
<span style="font-variant:small-caps">telephone</span>:  (212) 541-6224
<span style="font-variant:small-caps">fax</span>: (646) 218-4600
<span style="font-variant:small-caps">cell</span>: (917) 363-3391
Email: jshenwick@gmail.com
Website: http://sites.google.com/site/jshenwick
Blog: http://shenwick.blogspot.com

May 14, 2018

Re: <u>In re Bagbag, Case No. 08-12667-mkv</u>

To Whom It May Concern:

Please note that the hearing on the above–referenced Debtor's amended motion to reopen case [Doc. No. 149] scheduled for <u>Tuesday, May 15, 2018 at 10:00 a.m.</u> has been adjourned to <u>Thursday, May 31, 2018 at 10:00 a.m.</u>

Sincerely,

<u>/s/ James H. Shenwick</u>
James H. Shenwick

1