**SHENWICK & ASSOCIATES**
122 E<small>AST</small> 42<small>ND</small> S<small>TREET</small>, S<small>UITE</small> 620
N<small>EW</small> Y<small>ORK</small>, <small>NY</small>  10168
T<small>ELEPHONE</small>:  (212) 541-6224
F<small>AX</small>: (646) 218-4600
C<small>ELL</small>: (917) 363-3391
Email: jshenwick@gmail.com
Website: http://sites.google.com/site/jshenwick
Blog: http://shenwick.blogspot.com

September 7, 2018

Re:    In re Bagbag, Case No. 08-12667-mkv

Dear Judge Vyskocil:

A hearing on the above–referenced Debtor's Motion to Approve the entry of an Order: (1) declaring the Order entered against the Debtor in an action captioned <u>Alcobi v. Bagbag</u>, Index No. 654572/2016, Supreme Court of the State of New York (the "State Court Action") void *ab initio*; (2) declaring the Payment, Settlement Agreement between the Debtor and Asher Alcobi ("Alcobi") void and unenforceable; (3) clarifying the Order of Discharge to declare the Alcobi claim discharged as a matter of law and enforcing the discharge injunction to discontinue the State Court Action with prejudice; and (4) declaring the transfer agreement by and between Jackie Lewis (as guardian for Emily Sarah Lewis ("Emily")), Alcobi and Hillitt Meidar Alfi for Emily's interest in 122 Street Slash, LLC void [Doc. No. 160] is scheduled for <u>Thursday, September 13, 2018 at 11:00 a.m.</u>

Earlier this week, the Debtor learned that Jackie Lewis, his ex–wife and mother of his children, had suffered a recurrence of her cancer.  Ms. Lewis lives in Israel, and <u>her major surgery is scheduled for Thursday, September 13, the same day as the hearing.</u> The Debtor and Ms. Lewis' children want the Debtor to be there, as there is a possibility that Ms. Lewis may not survive the surgery.

We have explained the situation to Ethan Ganc, Esq., counsel to Alcobi, who informed our office on September 6, 2018 that Alcobi does not consent to an adjournment of the hearing.  Please see the email from Mr. Ganc attached hereto as Exhibit A. Therefore, we are asking for your Honor's consent to adjourn the hearing to a date mutually acceptable to both the Debtor and Alcobi.  Thank you for your consideration of the Debtor's urgent request for an adjournment to be with his family through their health crisis.

Sincerely,

/s/ James H. Shenwick
James H. Shenwick

1

# EXHIBIT A

**EXHIBIT A**

# Douglas Greene

**From:** Ethan Ganc <ethan@ethanganclegal.com>
**Sent:** Thursday, September 06, 2018 5:27 PM
**To:** 'Douglas Greene'
**Cc:** 'James H. Shenwick'
**Subject:** RE: 9/13 hearing in re Bagbag

Dear Douglas:

I have spoken to my client. He does not consent to an adjournment of the hearing. Thank you.

Sincerely yours,

-----
Ethan D. Ganc, Esq.
Law Office of Ethan Ganc
99 Madison Avenue, Suite 5009
New York, NY 10016
ethan@ethanganclegal.com
Tel. (212) 929-7500
Fax (646) 626-6410

*Confidentiality notice: This communication and any attachments are exclusively for the use of the intended recipient and may contain information that is privileged and/or confidential. If you are not the intended recipient, any disclosure, distribution, or other use of this communication and/or attachments is prohibited. If you have received this communication in error, please notify the sender by electronic mail at ethan@ethanganclegal.com and delete this message and any attachments. Thank you.*

**From:** Douglas Greene <douglasgreene3@gmail.com>
**Sent:** Thursday, September 6, 2018 1:06 PM
**To:** ethan@ethanganclegal.com
**Cc:** James H. Shenwick <jshenwick@gmail.com>
**Subject:** 9/13 hearing in re Bagbag

Dear Mr. Ganc:

To follow-up on my voice mail this morning, Mr. Bagbag's ex-wife and mother of his children, who lives in Israel, Is severely ill and the family wants to go to Israel to see her. Will you consent to an adjournment of next Thursday's hearing? Please advise at your earliest convenience. Thank you!

Douglas Greene
Senior Paralegal
Shenwick & Associates
122 East 42nd St. (42nd & Lex. Ave SW Corner)
Ste 620
New York, N.Y. 10168
Bankruptcy & Creditor's Rights
"We always appreciate referrals"
W-212-541-6224 ext. 126
Fax-646-218-4600

1