Endorsed Order

The September 13, 2018 hearing is adjourned without date. The parties shall confer with one another to agree upon three mutually acceptable adjourned dates and thereafter contact chambers to schedule a hearing date.

**It is so ordered.**

Dated: New York, New York
      September 7, 2018

                                            *s/ Mary Kay Vyskocil*
                                            Honorable Mary Kay Vyskocil
                                            United States Bankruptcy Judge