**WAYNE GREENWALD, P.C.**
*Attorneys for Judgment Creditor-Plaintiff*
*Summa Capital Corp.*
475 Park Avenue South - 26th Floor
New York, NY 10016
212-983-1922
By: Wayne M. Greenwald

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:                                                                              Case No. 08-12667 (MEW)

        BOAZ BAGBAG,                                          Chapter 7

                     Debtor.
---------------------------------------------------------X
SUMMA CAPITAL CORP.,

                  Plaintiff,                                         Adv. No.
-against-

BOAZ BAGBAG,

                  Defendant.
---------------------------------------------------------X

## NOTICE OF PENDENCY

**NOTICE IS HEREBY GIVEN** that an action has been instituted and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of SUMMA CAPITAL CORP., Plaintiff, against the above-named Defendant, BOAZ BAGBAG, pursuant to C.P.L.R. § 5014, made applicable herein by Fed.R.Civ.P. 69 and Fed.R.Bankr P. 7069, and that the object of that action is to renew the previously obtained judgment liens obtained by the Plaintiff against the Defendant against any and all real estate or other property in which the Defendant has an interest which result from and/or are subject the judgment issued by this Court on June 10, 2010, including but not limited to geographic region of New York County and the Southern District of New York,

Any persons in any manner dealing with the above-described real estate subsequent to the filing

of this action will take subject to the rights of the Plaintiff as established in this action.

Dated:   New York, New York
        June 10, 2020

                                   WAYNE GREENWALD, P.C.
*Attorneys for Plaintiff -Judgment Creditor,*
*Summa Capital Corp.*
475 Park Avenue South - 26th Floor
New York, NY 10016
212-983-1922

By: /S/ Wayne M. Greenwald, Pres
      Wayne M. Greenwald